# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 11-03006-01-CR-S-GAF |
| | ) | |
| STEPHANIE CORDELL, | ) | |
| | ) | |
| Defendant . | ) | |

## ORDER

The United States Magistrate Judge has filed a Report and Recommendation that the defendant be declared competent to stand trial. No objections have been filed. It is therefore

ORDERED that the defendant be declared competent to stand trial.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: May 9, 2011